NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INVUE SECURITY PRODUCTS INC.,**
*Appellant*

**v.**

**MOBILE TECH, INC.,**
*Appellee*

---

2018-1236, 2018-1238, 2018-1239, 2018-1304

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-00892, IPR2016-00896, IPR2016-00898, IPR2016-00899.

---

## JUDGMENT

---

JOHN W. HARBIN, Meunier Carlin & Curfman, LLC, Atlanta, GA, argued for appellant. Also represented by GREGORY JOSEPH CARLIN, DAVID S. MORELAND, WARREN JAMES THOMAS.

ALAN NORMAN, Thompson Coburn LLP, St. Louis, MO, argued for appellee. Also represented by ANTHONY F. BLUM, MATTHEW A. BRAUNEL, DAVID B. JINKINS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, WALLACH, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 8, 2019          /s/ Peter R. Marksteiner
      Date              Peter R. Marksteiner
                        Clerk of Court